# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 824 | **DATE** | 11/18/2009 |
| **CASE TITLE** | Thycon Construction vs. National Equipment Services Corp. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion to voluntarily dismiss claims with prejudice [54] is granted. Counter-claimants dismiss all claims against counter defendant without prejudice.

Docketing to mail notices.

00:08

| | Courtroom Deputy Initials: | mm |
|---|---|---|

